# Young & Young, LLP

ATTORNEYS AT LAW

**RICHARD W. YOUNG**

863 ISLIP AVENUE
CENTRAL ISLIP, NEW YORK 11722-4816
PHONE - (631) 224-7500
FAX - (631) 224-9400
*WWW.YOUNGANDYOUNGESQ.COM*

**PATRICK F. YOUNG***

*also admitted in Florida

February 18, 2022

**Via ECF**

Judge Gary R. Brown
Federal Courthouse
100 Federal Plaza
Courtroom 940
Central Islip, N.Y. 11722-9014

Re: McGauran v. Peconic Bay Primary Medical Care, P.C., et al.
2:16-cv-01740-GRB-ARL

Dear Judge Brown:

    I am the attorney for the plaintiff with regard to the above referenced matter. Currently, my Rule 56.1 Response is due by February 23, 2022. I am requesting a two week extension of time to put in my response due to emergency eye surgery which I underwent this past Wednesday, February 16, 2022. Due to my inability to respond due to excruciating pain, I am requesting an adjournment on consent to either 3/9/22, 3/10/22, 3/11/22 or 3/12/22.

    Thank you.

Very truly yours,

Richard W. Young, Sr., Esq.