# Young & Young, LLP

*ATTORNEYS AT LAW*

**RICHARD W. YOUNG**

863 ISLIP AVENUE
CENTRAL ISLIP, NEW YORK 11722-4816
PHONE - (631) 224-7500
FAX - (631) 224-9400
*WWW.YOUNGANDYOUNGESQ.COM*

**PATRICK F. YOUNG***

*also admitted in Florida

February 23, 2022

**Via ECF**

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, N.Y. 11722-4451

    Re: McGauran v. Peconic Bay Primary Medical Care, P.C., et al.
       2:16-cv-01740-GRB-ARL

Dear Judge Lindsay:

  Please be advised that Mr. Young had emergency eye surgery on Wednesday, February 16, 2022 and it has been a slow and painful recovery process. Defendant's counsel, Mary Ellen Donnelly, Esq., has filed a Rule 56.1 Statement (DE69). Mr. Young has received an extension of time to respond to defendant's Rule 56.1 Statement from Judge Gary Brown.

  In light of the foregoing and as Mr. Young is still recuperating and is incapable of proceeding forward at this time, an adjournment of all proceedings is requested on consent. The dispositive motion will proceed as soon as Mr. Young's medical condition improves.

  Thank you.

                Very truly yours,

                Melinda Young

CC: Bond, Schoeneck & King PLLC